AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**In the Matter of the Search of**
(Name, address or brief description of person, property, or premises to be searched)

1600 E Street, N.E., #4
Washington, D.C.

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER: 0 5 - 0 4 5 6 M - 0 1.

FILED

**(Further described below)**

AUG 1 1 2005

I ____King Watts_____ being duly sworn depose and say:

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

I am a(n)____Detective with the Metropolitan Police Department_____ and have reason to believe
                    (Official Title)

that □ on the person of or ☒ on the property or premises known as  (name, description and or location)
1600 E Street, Northeast, apartment #4, which is a red brick multi-story apartment building with a white front door, with the number "1600" attached to the structure of the building over the entryway. As you enter the building, apartment #4 is located at the top of the stairs, to the immediate right, is a white door with the number 4 affixed in black lettering.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
firearms, ammunition, as well as documents and other evidence of violations of the District of Columbia criminal laws forbidding the possession of unregistered firearms and ammunition

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities of crime and other contraband and property designed or intended for use as a means of committing a criminal offense.

concerning a violation of Title __18__ United States Code, Section(s) _922(g)(1)_ . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.          ☒ YES   □ NO

William J. O'Malley, Jr.
Organized Crime & Narcotics Trafficking Section Signature of Affiant
(202) 305-1749                                            King Watts, Detective
                                                          Metropolitan Police Department

Sworn to before me, and subscribed in my presence

AUG 1 1 2005                                    at Washington, D.C.

Date

ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer          Signature of Judicial Officer

1