AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1600 E Street, N.E., #4
Washington, D.C.

## SEARCH WARRANT

CASE NUMBER: 05 - 0456M - 01

TO:  __Detective King Watts__  and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective King Watts__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

1600 E Street, Northeast, apartment #4, which is a red brick multi-story apartment building with a white front door, with the number "1600" attached to the structure of the building over the entryway. As you enter the building, apartment #4 is located at the top of the stairs, to the immediate right, is a white door with the number 4 affixed in black lettering.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

firearms, ammunition, as well as documents and other evidence of violations of the District of Columbia criminal laws forbidding the possession of unregistered firearms and ammunition.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __August 15, 2005__
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 11 2005    at Washington, D.C.

Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer        Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/11/05 | 8/12/05 0745 hrs | NAPPER, Jacqueline 7/7/64 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 |

**INVENTORY MADE IN THE PRESENCE OF**
Det. Watts, Det. Quigley, Sgt. Murphy, Det Dessin, Det Feggans, Det Zerega

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Nothing Seized
exit time 0800 hrs

FILED
AUG 12 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____     8-12-05
U.S. Judge or U.S. Magistrate Judge        Date